UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JULIA E. VARGAS,                                             CASE NO. 4:15-cv-04041-JSW

        Plaintiff(s),                                   STIPULATION AND [PROPOSED]
                                                        ORDER SELECTING ADR PROCESS

                                                        v.

ALLSTATE INSURANCE COMPANY,
INC.; DOES 1-100, inclusive,

        Defendant(s).
_____/

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    ☑    Mediation (ADR L.R. 6)  On April 25, 2016, with the assistance of the ADR Program Case Administrator, the parties agreed to complete court-sponsored mediation within 60 days of the issuance of the order on Allstate's pending motion for summary judgment, provided the ruling does not dispose of the case.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☐    Private ADR (*please identify process and provider*)
    _____

The parties agree to hold the ADR session by:
    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

    ☑    other requested deadline:  Within sixty days of the ruling on Allstate's motion for summary judgment, provided the ruling does not dispose of the case.

**FILER'S ATTESTATION:**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: 4/29/2016                              /s/ Michael Barnes

Dated: 4/29/2016                              /s/ Peter Clerides
                                              Attorney for Plaintiff

Dated: 4/29/2016                              /s/ Michael Barnes
                                              Attorney for Defendant

CONTINUE TO FOLLOWING PAGE

**[PROPOSED] ORDER**

  ☒ The parties' stipulation is adopted and IT IS SO ORDERED.
  ☐ The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: April 29, 2016                         _/s/ Jeffrey S. White_
                                              The Hon. Jeffrey S. White
                                              United States District Judge

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11